IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

vs.	CASE NO. 4:98cr79-RH

HARRY ADRIAN ULMER, III,	DOCKET NO. 4:06mj25-WCS

  Defendant.
_____/

O R D E R

The Defendant appeared before the undersigned on a first appearance today to answer to the charges of violating his supervised release.

Accordingly, it is **ORDERED** that the Defendant shall appear before Chief Judge Hinkle on **March 17, 2006, beginning at 11:00 A.M.**, for a revocation hearing. Until that appearance, Defendant will remain subject to the conditions of supervised release.

**DONE AND ORDERED** on March 1, 2006.

				s/ William C. Sherrill, Jr.
				WILLIAM C. SHERRILL, JR.
				UNITED STATES MAGISTRATE JUDGE