IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

vs.   CASE NO. 4:98cr79-RH

HARRY ADRIAN ULMER, III,   DOCKET NO. 4:06mj25-WCS

    Defendant.
_____/

## AMENDED ORDER

The Defendant appeared before the undersigned on a first appearance today to answer to the charges of violating his supervised release.

Accordingly, it is **ORDERED** that the Defendant shall appear before Chief Judge Hinkle on **March 31, 2006, beginning at 9:00 A.M.**, for a revocation hearing. Until that appearance, Defendant will remain subject to the conditions of supervised release.

**DONE AND ORDERED** on March 9, 2006.

    s/ William C. Sherrill, Jr.
    WILLIAM C. SHERRILL, JR.
    UNITED STATES MAGISTRATE JUDGE